SAMUEL HEYMANN, Respondent, *v.* JOHN P. STEICH, Appellant.

*Heymann* v. *Steich*, 134 App. Div. 176, affirmed.
(Argued February 24, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 11, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover the amount of a deposit and expenses of searching title paid and incurred under a contract for the sale of real property, title to which was rejected as unmarketable.

*James Troy* for appellant.

*Jacob Brenner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.